709 A.2d 904

**In re Objection to Nominating Petitions or Nominating Party of Joseph PRESTON, Jr.**

**Appeal of Joe JACKSON.**

Supreme Court of Pennsylvania.

Submitted May 12, 1998.

Decided May 18, 1998.

Angelo A. Papa, New Castle, for Joe Jackson.

John Connelly, for Joseph Preston, Jr.

Dick Filling, Commissioner, for Bureau of Elections.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### *ORDER*

PER CURIAM.

AND NOW, this 18th day of May, 1998, the order of the Commonwealth Court of Pennsylvania is AFFIRMED.